1 | Alan G. Laquer (SBN 259257)
  | alan.laquer@knobbe.com
2 | Jonathan A. Menkes (SBN 279677)
  | jonathan.menkes@knobbe.com
3 | KNOBBE, MARTENS, OLSON & BEAR, LLP
  | 2040 Main Street, Fourteenth Floor
4 | Irvine, CA 92614
  | Telephone: 949-760-0404
5 | Facsimile: 949-760-9502

6 | Attorneys for Defendant
  | GHOST MANAGEMENT GROUP, LLC d/b/a WEEDMAPS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| OCTAVIO SANCHEZ, d/b/a WEEDMENU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GHOST MANAGEMENT GROUP, LLC d/b/a WEEDMAPS, a Delaware limited liability company, and VIRTUAL SUPPORT, LLC<br><br>Defendants. | Case No. 8:19−cv−00442 AG (KES)<br><br>**PROPOSED ORDER GRANTING DEFENDANT WEEDMAPS' MOTION TO DISMISS**<br><br>Hearing:<br>   May 6, 2019<br>   10:00 a.m.<br>   Courtroom 10D<br><br>Honorable Andrew J. Guilford |

Having considered Defendant Ghost Management Group, LLC d/b/a Weedmaps' ("Weedmaps") Motion to Dismiss, and all papers filed in support thereof, all papers filed in opposition thereto, and any oral argument at any hearing on the motion, and finding good cause therefor, the Court hereby GRANTS Defendant Weedmaps' motion.

Each of Plaintiff's claims against Defendant Weedmaps is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____

Honorable Andrew J. Guilford