Alan G. Laquer (SBN 259257)
alan.laquer@knobbe.com
Jonathan A. Menkes (SBN 279677)
jonathan.menkes@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Attorneys for Defendant
GHOST MANAGEMENT GROUP, LLC d/b/a WEEDMAPS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| OCTAVIO SANCHEZ, d/b/a WEEDMENU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GHOST MANAGEMENT GROUP, LLC d/b/a WEEDMAPS, a Delaware limited liability company, and VIRTUAL SUPPORT, LLC<br><br>Defendants. | Case No.<br>8:19-cv-00442 AG (KES)<br><br>**DECLARATION OF CHRIS STEINMEYER REGARDING THE WEEDMENU.COM DOMAIN**<br><br>Honorable Andrew J. Guilford |

I, Chris Steinmeyer, hereby declare as follows:

1. I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify completely to them.

2. I am Vice President, Engineering, at Ghost Management Group, LLC d/b/a Weedmaps ("Weedmaps").

3. Weedmaps does not own or control the weedmenu.com domain, directly or indirectly.

4. Weedmaps does not own or control Virtual Support, LLC, directly or indirectly. Weedmaps has not acted in concert with Virtual Support, LLC in any way, such as regarding the weedmenu.com domain.

5. Weedmaps previously entered into an agreement for ownership of the weedmenu.com domain around 2012. However, Weedmaps either did not take ownership of the domain despite that agreement, or if it did take ownership then Weedmaps subsequently lost ownership of that domain. Weedmaps has been unable to determine whether it ever took ownership of the weedmenu.com domain, and, if it did take ownership, when or how it lost ownership of the domain. If Weedmaps did take ownership of the weedmenu.com domain, it lost ownership of the domain at least by August 2018 and Weedmaps suspects that it would have lost ownership of it several years earlier than 2018.

6. Weedmaps has confirmed that it has not had any ownership or control over the weedmenu.com domain, directly or indirectly, since at least August 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 29th, 2019 in Arizona.

| | |
|---|---|
| 1 | Chris Steinmeyer |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |