1  Alan G. Laquer (SBN 259257)
   alan.laquer@knobbe.com
2  Jonathan A. Menkes (SBN 279677)
   jonathan.menkes@knobbe.com
3  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
4  Irvine, CA 92614
   Telephone: 949-760-0404
5  Facsimile: 949-760-9502

6  Attorneys for Defendant
   GHOST MANAGEMENT GROUP, LLC d/b/a WEEDMAPS

7

8

9           IN THE UNITED STATES DISTRICT COURT

10          FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                      SOUTHERN DIVISION

12

| | |
|---|---|
| OCTAVIO SANCHEZ, d/b/a WEEDMENU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GHOST MANAGEMENT GROUP, LLC d/b/a WEEDMAPS, a Delaware limited liability company, and VIRTUAL SUPPORT, LLC<br><br>Defendants. | Case No. 8:19−cv−00442 AG (KES)<br><br>**DECLARATION OF ALAN G. LAQUER IN SUPPORT OF DEFENDANT WEEDMAPS' MOTION TO DISMISS**<br><br>Hearing:<br>　May 6, 2019<br>　10:00 a.m.<br>　Courtroom 10D<br><br>Honorable Andrew J. Guilford |

I, Alan G. Laquer, declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP and am licensed to practice law in the State of California. I am counsel for Ghost Management Group, LLC d/b/a Weedmaps ("Weedmaps") in this matter. I have personal knowledge of the matters set forth herein and can testify completely thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a screenshot of the weedmenu.com website homepage located at https://weedmenu.com/, as of April 3, 2019.

3. Attached hereto as Exhibit 2 is a true and correct copy of the logo located at https://weedmenu.com/assets/build/img/weedmenu-top-logo.svg, which is the logo file that is displayed in the top-left corner of the weedmenu.com website homepage (Exhibit 1 hereto), as of April 3, 2019.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Weedmenu.com Privacy Policy located at https://weedmenu.com/privacy-policy.html, which is accessed through the "Privacy Policy" hyperlink at the bottom of the weedmenu.com website homepage (Exhibit 1 hereto), as of April 3, 2019.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Weedmenu.com Terms and Conditions located at https://weedmenu.com/terms-and-conditions.html, which is accessed through the "Terms & Conditions" hyperlink at the bottom of the weedmenu.com website homepage (Exhibit 1 hereto), as of April 3, 2019.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Complaint from the matter *Ghost Management Group, LLC d/b/a Weedmaps v. Octavio Sanchez*, Central District of California Case No. 8:18-cv-337 (the "*Weedmaps vs. Sanchez* case"), filed on February 27, 2018. I was counsel of record for Weedmaps in that *Weedmaps vs. Sanchez* case. I have spoken to Mr. Octavio Sanchez, the defendant in that prior case, and he has confirmed to me that he is the plaintiff in this present case.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Certificate of Registration for United States Trademark Registration No. 4,196,102, which was Exhibit 7 to the Complaint in the *Weedmaps vs. Sanchez* case referenced immediately above (Exhibit 5 hereto).

8. Attached hereto as Exhibit 7 is a true and correct copy of the Stipulation of Dismissal With Prejudice, filed in the *Weedmaps vs. Sanchez* case on October 26, 2018.

9. Attached hereto as Exhibit 8 is a true and correct copy of a letter that I sent by email and caused to be sent by U.S. Postal Service Certified Mail to Virtual Support, LLC on August 16, 2018.

10. Attached hereto as Exhibit 9 is a true and correct copy of the front and back of each of the U.S. Postal Service Certified Mail Receipt and Return Receipt for the transmittal of my letter to Virtual Support, LLC on August 16, 2018, referenced immediately above (Exhibit 8 hereto).

11. Attached hereto as Exhibit 10 is a true and correct copy of an email that I sent on August 16, 2018 to support@weedmenu.com, which was the email address listed for Virtual Support, LLC in the Weedmenu.com Terms and Conditions located at https://weedmenu.com/terms-and-conditions.html (Exhibit 4 hereto).  I attached to this email my letter (Exhibit 8 hereto), a copy of the Complaint in the *Weedmaps vs. Sanchez* case (Exhibit 5 hereto), and a status from the U.S. Patent and Trademark Office regarding a trademark application related to Virtual Support, LLC.

12. Attached hereto as Exhibit 11 is a true and correct copy of a letter Weedmaps received from Mr. Sanchez, dated January 29, 2019, and a copy of the Federal Express package that I have been informed it was received in.

13. Attached hereto as Exhibit 12 is a true and correct copy of an email that I sent to Mr. Sanchez on February 1, 2019.

14. Attached hereto as Exhibit 13 is a true and correct copy of an email that I received from Mr. Sanchez on February 1, 2019.

15. Attached hereto as Exhibit 14 is a true and correct copy of the U.S. Patent and Trademark Office's Trademark Electronic Search System (TESS) report for U.S. Trademark Application Serial No. 88171614, as of April 2, 2019.

16. Attached hereto as Exhibit 15 is a true and correct copy of the U.S. Patent and Trademark Office's Trademark Electronic Search System (TESS) report for U.S. Trademark Application Serial No. 88200721, as of April 2, 2019.

17. Attached hereto as Exhibit 16 is a true and correct copy of the U.S. Patent and Trademark Office's Trademark Electronic Search System (TESS) report for U.S. Trademark Application Serial No. 87299203, as of April 3, 2019.

18. Attached hereto as Exhibit 17 is a true and correct copy of the U.S. Patent and Trademark Office's Trademark Electronic Search System (TESS) report for U.S. Trademark Registration No. 4196102, from U.S. Trademark Application Serial No. 85295741, as of April 2, 2019.

19. Attached hereto as Exhibit 18 is a true and correct copy of an email that I sent to Mr. Sanchez on March 18, 2019. Attached to that email were copies of my August 16, 2018 cease and desist letter to Virtual Support, LLC (Exhibit 8 hereto), the U.S. Postal Service Certified Mail Receipt and Return Receipt for that letter to Virtual Support, LLC (Exhibit 9 hereto), and my email transmittal of that letter to Virtual Support, LLC (Exhibit 10 hereto).

20. Attached hereto as Exhibit 19 is a true and correct copy of an email that I sent to Mr. Sanchez on March 29, 2019. Attached to that email was a copy of the Declaration of Chris Steinmeyer Regarding the Weedmenu.com Domain, dated March 29, 2019 and submitted concurrently herewith, and a proposed draft of a "Plaintiff Octavio Sanchez d/b/a Weedmenu's Notice of Dismissal Without Prejudice of All Claims Against Defendant Ghost Management Group, LLC d/b/a Weedmaps."

21. Attached as Exhibit 20 is a true and correct copy of an email that I received from Mr. Sanchez on March 29, 2019.

22. Attached as Exhibit 21 is a true and correct copy of a screenshot of the Apple App Store page for the Weedmaps iOS mobile app located at https://itunes.apple.com/us/app/weedmaps-marijuana-cannabis/id350189835, as of April 3, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 4, 2019.

                                              */s/Alan G. Laquer*
                                              Alan G. Laquer