# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| OCTAVIO SANCHEZ, D/B/A WEEDMENU IN PRO SE<br><br>Plaintiff,<br><br>v.<br><br>GHOST MANAGEMENT GROUP, LLC D/B/A WEEDMAPS, VIRTUAL SUPPORT, LLC<br><br>Defendant. | Case No. SACV 19-00442 AG (KESx)<br><br>**JUDGMENT** |

The Court enters judgment for Plaintiff and against Defendant Virtual Support, LLC. The Court ENJOINS Defendant from: (1) using Plaintiff's trademark for advertising or promoting Defendant's products and services and (2) manufacturing, distributing, shipping, importing, reproducing, displaying, transferring, selling, and/or offering to sell any products bearing Plaintiff's trademark or any confusingly similar mark. Defendant is ORDERED to stop all use of the weedmenu.com domain name and all related social media accounts.

As the prevailing party, Plaintiff may file an itemized Bill of Costs under Local Civil Rule 54, which the Court will likely grant. The Local Rules can be found at: https://www.cacd.uscourts.gov/court-procedures/local-rules

Dated: November 18, 2019

Hon. Andrew J. Guilford
United States District Judge

2
JUDGMENT