Joseph F. Jennings (SBN 145920)
joe.jennings@knobbe.com
Alan G. Laquer (SBN 259257)
alan.laquer@knobbe.com
Jonathan A. Menkes (SBN 279677)
jonathan.menkes@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Attorneys for Defendant
GHOST MANAGEMENT GROUP, LLC
d/b/a WEEDMAPS

FILED
CLERK, U.S. DISTRICT COURT
04/26/22
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK 160

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| OCTAVIO SANCHEZ, d/b/a WEEDMENU, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> GHOST MANAGEMENT GROUP, LLC d/b/a WEEDMAPS, a Delaware limited liability company, and VIRTUAL SUPPORT, LLC,, <br><br> Defendant. | Case No. 8:19-cv-00442 PSG (KES) <br><br> [~~PROPOSED~~] JUDGMENT <br><br> Honorable Philip S. Gutierrez |

On October 1, 2019, the court granted defendant GHOST MANAGEMENT GROUP, LLC d/b/a WEEDMAPS's motion to dismiss all plaintiff's claims against it without leave to amend. (Dkt. No. 79.)

On February 7, 2022, pursuant to the parties' stipulation, the court dismissed with prejudice all plaintiff's claims against defendant and counter-claimant VIRTUAL SUPPORT, LLC, and all VIRTUAL SUPPORT, LLC's claims against plaintiff and counter-defendant OCTAVIO SANCHEZ. (Dkt. No. 153.)

It is therefore ORDERED, ADJUDGED, and DECREED, that plaintiff shall take and recover nothing in this action.

Dated: 04/26/22

_____
Honorable Philip S. Gutierrez